# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) NANA OMARI and <br> (2) BILLY OMARI, <br><br>     Plaintiffs, <br><br> vs. <br><br> (1) FARMERS INSURANCE COMPANY, INC., <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )    Case. No.: CIV-16-0693-HE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1) Plaintiffs, Nana Omari and Billy Omari, and Defendant, Farmers Insurance Company, Inc., by and through their respective counsel of record, hereby stipulate that all claims advanced by Plaintiffs against Farmers Insurance Company, Inc., in the above-styled and numbered action shall be dismissed with prejudice to the refiling thereof. Each party shall bear its own costs and attorneys' fees.

    Respectfully submitted,

    *s/ Scott L. Tully*
    Scott L. Tully, OBA #13606
    *(signed by filing attorney with*
    *permission of Attorney for Plaintiff)*
    P.O. Box 2141
    Broken Arrow, Oklahoma 74011
    Telephone: (918) 872-8800
    Facsimile: (918) 224-2303
    tullylawfirm@gmail.com

    **ATTORNEY FOR PLAINTIFFS,**
    **NANA OMARI AND BILLY OMARI**

2

                                  *s/ Kelsie M. Sullivan*
Phil R. Richards, OBA No. 10457
Kelsie M. Sullivan, OBA No. 20350
RICHARDS & CONNOR, PLLP
ParkCentre Building, 12th Floor
525 South Main Street
Tulsa, Oklahoma 74103
Telephone: (918) 585-2394
Facsimile: (918) 585-1449

**ATTORNEYS FOR DEFENDANT FARMERS INSURANCE CO., INC.**